

```
_____
        DUNCAN W. KEIR
     U. S. BANKRUPTCY JUDGE
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
|     WILFRED T. AZAR, III, et al., | * | Case No. 11-19693-DWK |
|     Debtors. | * | (Chapter 7) |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
|     DAVID P. CLIFFORD, | * | Adv. Pro. No. 11-00832 |
|     Plaintiff | * | |
| v. | * | |
|     WILFRED T. AZAR, III, et al, | * | |
|     Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER ON MOTION FOR APPROVAL OF SETTLEMENT
AND DISMISSAL OF ADVERSARY PROCEEDING
<u>BY PLAINTIFF DAVID P. CLIFFORD</u>**

Upon the Motion for Approval of Settlement with Plaintiff David P. Clifford (the "Motion"), and Notice thereof having been given to the creditors listed on the Certificate of Service to the Notice, and no objections having been filed thereto, and it appearing that settlement is in the best interests of the Debtors, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, the Motion is GRANTED and the Term Sheet be, and the same hereby is, approved; and it is further

**ORDERED**, that the Parties are authorized to enter into the Term Sheet as attached to the Motion; and it is further,

**ORDERED**, that the Parties are authorized to take any and all actions necessary and appropriate to effectuate and consummate the Term Sheet, including negotiating and executing the final settlement document(s), and filing a Stipulation of Dismissal of the Adversary Proceeding.

cc:   Deborah H. Devan, Esquire
      Neuberger, Quinn, Gielen,
       Rubin & Gibber, P.A.
      One South Street, 27th Floor
      Baltimore, Maryland  21202-3201

      Daniel M. Press, Esq.
      Chung & Press, P.C.
      6718 Whittier Avenue, #200
      McLean, Virginia  22101

**END OF ORDER**