Entered: August 31, 2015
Signed: August 31, 2015
SO ORDERED

Case 11-00832    Doc 58    Filed 08/31/15    Page 1 of 2



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| **In re:** | **Case No. 11–19693 – JS** |
| **Wilfred T. Azar, III and Melanie Carole Azar** | **Chapter 7** |
| **Debtor(s)** | |
| **Plaintiff/Movant(s)** | **Adversary No. 11–00832** |
| **David P. Clifford** | |
| **vs.** | |
| **Defendant/Respondent(s)** | |
| **Wilfred T. Azar III** | |
| **and** | |
| **Robert A. Siegel** | |

## ORDER DISSOLVING SHOW CAUSE ORDER

Upon consideration of the response filed by David P. Clifford to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered June 29, 2015, is hereby DISSOLVED.

cc: Plaintiff(s)
    Attorney(s) for Plaintiff(s) – Deborah H. Devan
    Defendant(s)
    Attorney(s) for Defendant(s) – Daniel M. Press
    All Parties
    All Counsel –

**End of Order**

39.14 (05/31/1990) – *jescobar*