

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| WILFRED T. AZAR, III, et al., | * | Case No. 11-19693-JFS |
| Debtors. | * | (Chapter 7) |
| | * | |
| * * * * * * * | | |
| DAVID P. CLIFFORD, | * | Adv. Pro. No. 11-00832 |
| Plaintiff | * | |
| v. | * | |
| WILFRED T. AZAR, III, et al, | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * | | |

### ORDER ENFORCING SETTLEMENT

This matter came on for a hearing on August 27, 2015 pursuant to an Order to Show Cause (DKT 53) at which counsel for David Clifford ("Clifford") and Wilfred T. and Melanie Azar, III ("Debtors") were present. At the hearing it appeared to the Court that the Debtors agreed to a settlement ("Settlement") with Clifford of the above referenced adversary proceeding, as evidenced by the signed Term Sheet, a copy of which is filed in this bankruptcy case at Docket 43-1. The Settlement was duly authorized by Order of this Court (DKT 44 in Adv. Proc. No. 11-832). In the Term Sheet, the parties agreed, *inter alia*, that the Term Sheet set forth the terms and conditions under which Clifford and the Debtors will enter into a final

settlement agreement which will contain additional terms and provisions. It appears that the Debtors have continually failed to execute such final settlement agreement despite the recommendation of their counsel to do so. Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** the Term Sheet be, and the same hereby is, adopted as an order settling the Adversary Proceeding and it is further

**ORDERED**, that David Clifford is hereby authorized to enforce the terms of the Term Sheet as an order of the Court; and it is further

**ORDERED** that in accordance with the terms of the approved Term Sheet, this Adversary Proceeding is DISMISSED with prejudice.

cc:  Deborah H. Devan, Esquire
 Neuberger, Quinn, Gielen,
  Rubin & Gibber, P.A.
 One South Street, 27th Floor
 Baltimore, Maryland  21202-3201

 Counsel to David Clifford

 Daniel M. Press, Esq.
 Chung & Press, P.C.
 6718 Whittier Avenue, #200
 McLean, Virginia  22101

 Counsel for Defendants

 Wilfred T. Azar, III and Melanie Azar

**END OF ORDER**